UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Magistrate Case No. 21MJ0469 |
| Plaintiff, | ) | |
| | ) | AMENDED COMPLAINT |
| v. | ) | FOR VIOLATION OF: |
| | ) | |
| Esdras Orlando MENDEZ, | ) | Title 8, U.S.C., Section |
| | ) | 1324(a)(2)(B)(iii)- |
| | ) | Bringing in Illegal Alien(s) |
| Defendant. | ) | Without Presentation |
| | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about February 6, 2021, within the Southern District of California, Esdras Orlando MENDEZ, Defendant, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, namely, M.O.A., had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ramon A. Galindo, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 25th of February 2021.

_____
HON. BARBARA L. MAJOR
UNITED STATES MAGISTRATE JUDGE

## AMENDED PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection (CBP) Enforcement Officer Ramon A. Galindo, declare under penalty of perjury the following to be true and correct:

The complainant states that M.O.A., is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail, pursuant to Title 18, United States Code, Section 3144.

On February 6, 2021, at approximately 10:06 P.M., Esdras Orlando MENDEZ (Defendant), a United States Citizen, made application for admission into the United States at the San Ysidro, California Port of Entry via the vehicle primary lanes. Defendant was the driver of a gray 2002 Toyota Corolla bearing California license plates. Upon inspection before a Customs and Border Protection (CBP) Officer, Defendant presented a California Identification Card and said he was going to Chula Vista, California with nothing to declare from Mexico. The CBP Officer elected to inspect the vehicle and noticed that the bottom of the glove box wasn't closed properly and discovered a person concealed within. The Defendant was handcuffed and escorted to the security office. The vehicle was driven to the vehicle secondary lot for further inspection.

In secondary, CBP Officers assisted the person out of the dashboard compartment by forcibly removing the side and bottom portions of the glove box. The individual, later identified as M.O.A., was determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

During a video-recorded interview, Material Witness admitted he is a citizen of Mexico with no legal documents to enter the United States. Material Witness stated his mother made the smuggling arrangements for him with an unknown person in Mexico for $18,000USD. Material Witness stated he was going to Salinas, California.